IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:14-cv-01059 |
| | ) | |
| K. MARK McGREW, also known as | ) | |
| KENNETH M. McGREW, | ) | |
| | ) | |
| Defendant. | ) | |

AMENDED JUDGMENT

Judgment is hereby entered in favor of the United States and against defendant K. Mark McGrew, also known as Kenneth M. McGrew, for the unpaid balance of federal income taxes, penalties, and interest in the amount of $347,971.19, as shown below, plus interest and statutory additions according to law from January 22, 2015 until paid:

| Tax Year | Balance of Liabilities as of January 22, 2015 |
|---|---|
| 2000 | $ 61,196.01 |
| 2001 | $133,747.10 |
| 2002 | $ 34,242.86 |
| 2003 | $ 60,896.15 |
| 2004 | $ 10,455.26 |
| 2005 | $ 47,433.81 |
| | |
| TOTAL | $347,971.19 |

Dated:  January 6, 2015

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge